RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
Andrew Wong
Nevada State Bar No. 14133
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Andrew_Wong@fd.org

Attorney for Darnell Cooley

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          v.<br><br>Darnell Cooley,<br><br>                    Defendant. | Case No. 2:20-mj-446-BNW<br><br>**Motion for Leave to File a Reply in Support of Defendant's Motion for Order that Darnell Cooley be Immediately Tested for COVID-19 [ECF No. 4]** |

Defense counsel reviewed the Government's Opposition to Defendant's Motion for Immediate COVID-19 Testing, filed yesterday, ECF No. 10. Defense counsel is surprised by the government's response. First, at Mr. Cooley's initial appearance on Monday, June 2, the government represented that it would not be opposing Mr. Cooley's request for testing, yet, three days later, it takes the opposite position without explanation. *See* ECF No. 2. Second, the government does not have standing to oppose Mr. Cooley's request for testing as it is exclusively a matter of his own medical care and access to counsel. *See* ECF No. 4 at 1 n.1. Third,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

the government's opposition appears to speak for the United States Marshals Service without indicating that it in fact conferred with the U.S. Marshals before representing its position. It also seems unlikely the government conferred with the U.S. Marshals prior to filing its opposition as testing is in U.S. Marshals' interest given that Deputy Marshals have been and will be in close contact with Mr. Cooley during his transport.

Likewise, the government's suggestion that COVID-19 tests are scarce is directly contrary to the testimony of NSDC Warden Koehn during the evidentiary hearing in *United States v. Cox* stating he had access to as many tests as needed. *Compare* ECF No. 10 at 4 ("These protocols reduce the need for facility wide testing, allowing the limited supply of testing materials to be used for those who exhibit COVID-19 symptoms.") *with* Trans. of April 30, 2020 Hr'g. (ECF No. 46) at 17, *United States v. David Cox¸* 2:19-cr-00271-RFB-VCF (Q: "How many test kits do you have access to?" A: "As many as needed.").

For all of these reasons, the Court should grant Mr. Cooley's request for testing. At this point, the Court has not ordered a reply brief in support of the request. Should a reply be beneficial to the Court, Mr. Cooley could file one by Tuesday, June 9.

DATED this June 5, 2020.

IT IS ORDERED that ECF No. 11 is GRANTED.

**IT IS SO ORDERED**

**DATED: June 08, 2020**

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By:  */s/ Andrew Wong*
Andrew Wong
Assistant Federal Public Defender

2

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

<u>Certificate of Service</u>

I certify that on June 5, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Nevada by using the CM/ECF system. Participants registered CM/ECF users will be served by the CM/ECF system. The following non-CM/ECF participants will be served by U.S. Mail:

Darnell Cooley
Nevada Southern Detention Center
2190 E. Mesquite Ave.
Pahrump, NV 89060


*/s/ Brandon Thomas*
Employee of Federal Public Defender

3