RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Darnell Cooley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>DARNELL COOLEY,<br><br>           Defendant. | Case No. 2:20-mj-446-BNW<br><br>**STIPULATION TO CONTINUE REPLY DEADLINE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, Special United States Attorney, and Travis Leverett, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Darnell Cooley, that the reply deadline be extended to Friday, June 12, 2020

This Stipulation is entered into for the following reasons:

1. On June 2, 2020, Mr. Cooley filed a motion for an order for COVID-19 testing. On June 4, 2020, the government filed its response.
2. On June 5, 2020, Mr. Cooley asked this Court for leave to reply.
3. On June 8, 2020, the Court granted leave for Mr. Cooley to file a reply.

4. Mr. Cooley needs additional time to research and address the issues raised in the government's response.

5. This extension will not impact any pending deadlines or court dates in Mr. Cooley's case in this district.

This is the first request for an extension.

DATED: June 9, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Travis Leverett*<br>By_____<br>TRAVIS LEVERETT<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARNELL COOLEY,<br><br>Defendant. | Case No. 2:20-mj-446-BNW<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On June 2, 2020, Mr. Cooley filed a motion for an order for COVID-19 testing. On June 4, 2020, the government filed its response.
2. On June 5, 2020, Mr. Cooley asked this Court for leave to reply.
3. On June 8, 2020, the Court granted leave for Mr. Cooley to file a reply.
4. Mr. Cooley needs additional time to research and address the issues raised in the government's response.
5. This extension will not impact any pending deadlines or court dates in Mr. Cooley's case in this district.

## **Order**

IT IS THEREFORE ORDERED that Mr. Cooley's reply is due June 12, 2020.

DATED this 10th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3